UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 16 2023 ★

LONG ISLAND OFFICE

YESSUH SUHYES HUSSEY

_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CV 23-2154

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ____

-against-

AO, PO, MICHAEL GABRIELE 3344.
AO'S PARTNER, PO THOMAS WARD 21847
PO DANNY BERMEO 02101
SGT MARCELO BINAGI 05093
SGT DAVID YAN 1603
PO ALLISON O'HAGAN 5942, NIKOY WALLACE 25344
Defendant(s). , PO, RAFAEL BOARDIERD 11395

CASE: 1:22-CV-06566 -PKC-LB

Chen, J
Bloom, M.J.

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** YESSUH SUHYES HUSSEY

If you are incarcerated, provide the name of the facility and address:

ANNA M KROSS CENTER
1818 HAZEN STREET
EAST ELMHURST 11370, RIKER ISLAND

Prisoner ID Number: NYSID# 15124253K
B&C# 3492102369

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _NONE_____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

MICHAEL GABRIELE 3344
Full Name

ARRESTING OFFICER
Job Title

13 PRECINCT MANHATTAN
NEW YORK
Address

Defendant No. 2

THOMAS WARD
Full Name

ARRESTING OFFICER PARTNER
Job Title

13 PRECINCT MANHATTAN
NEW YORK
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

|  | Address |
|---|---|
| **Defendant No. 4** | Full Name |
|  | Job Title |
|  | Address |
| **Defendant No. 5** | Full Name |
|  | Job Title |
|  | Address |

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _INSIDE WEST 25TH 14 STREET GUITAR CENTER, MANHATTAN NEW YORK 10011_

When did the events happen? (include approximate time and date) _AUGUST 03 2021  13:29 PM_

3

Facts: (what happened?) NARRATIVE ON FILE "WHEN I ATTEMPTED TO PLACE DEFENDANT UNDER ARREST FOR THE ABOVE-DESCRIBED CONDUCT, HE FLAILED HIS ARMS, TENSED HIS ARMS, KICKED AT OFFICERS, ATTEMPTED TO TWIST AWAY FROM ME, REFUSED TO PUT HIS HANDS BEHIND HIS BACK, PULLED HIS ARMS OUT OF MY GRASP, AND ATTEMPTED TO RUN AWAY." => CLASS A MISDEMEANOR PL 210.45. WHAT ACTUALLY HAPPENED WAS AND CAN ALSO BE PROVED IN THE AXON BODY WORN CAMERA FOOTAGES IS THAT I WAS AT A STAND STILL WHEN TWO OFFICERS 1ST APPROACHED THEN STARTED KICKING AND PUNCHING ME AND TRIED TO REMOVE MY PANTS ON THE GROUND IN THE STORE. I DID NOT ATTACK THEM THEY ATTACKED ME.

**II.A.  Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

EXCESSIVE BACK PAIN & JOINT PAIN, SEVERE HEADACHES & MENTAL CRUELTY.

4

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I ORDER THE MONETARY COMPENSATION OF ABOUT $500,000.00¢ DOLLARS IN THIS LEGAL MATTER; PERMITTED BY THE FEDERAL COURT.

I declare under penalty of perjury that on 01/05/2023 , I delivered this
                                          (date)
complaint to prison authorities at ANNA M KROSS CENTER to be mailed to the United
                                   (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/05/2023        _____
                         Signature of Plaintiff

ANNA M KROSS CENTER
Name of Prison Facility or Address if not incarcerated

1818 HAZEN STREET
EAST ELMHURST 11370
RIKER ISLAND
Address

NYSID# 15124253/C  B&C# 3492102369
Prisoner ID#

rev. 12/1/2015

5

FROM — YESSUH SUHYES HUSSEY
ANNA M KROSS CENTER
18-18 HAZEN STREET
EAST ELMHURST, NY 11370

7022 2410 0003 0117 0639

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ 1 6 2023 ★

ISLAND OFFICE

DISTRICT JUDGE — PAMELA K. CHEN

TO — CLERK OF U.S DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201

LEGAL DOCUMENT
LEGAL MAIL