UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SHUYES HUSSEY,<br><br>                              Plaintiff,<br><br>-against-<br><br>AO, PO MICHAEL GABRIELE 3344, ET AL.,<br><br>                              Defendants. | 23-CV-4327 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 12, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 12, 2023
            New York, New York

                                                             /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge